**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRUCE GRANT BONAVENTURE,**

           **Plaintiff,**

**-vs-**                                       **Case No.  6:09-cv-1324-Orl-31DAB**

**AURORA LOAN SERVICES, LLC,**

           **Defendant.**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO SEAL AFFIDAVIT (Doc. No. 2)**
>
> **FILED:**       **August 3, 2004**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff may file his motion to proceed *in forma pauperis* in the public docket, or may withdraw his motion and pay the filing fee.  The Clerk is directed to return the material tendered for filing under seal to the Plaintiff along with a copy of this Order.

**DONE** and **ORDERED** in Orlando, Florida on August 6, 2009.

                                                   *David A. Baker*
                                                 DAVID A. BAKER
                               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties