**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRUCE GRANT BONAVENTURE,**

        **Plaintiff,**

-vs-                                                                        Case No. 6:09-cv-1324-Orl-31DAB

**AURORA LOAN SERVICES, LLC, FASLO SOLUTIONS, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., LEHMAN BROTHERS HOLDING CORPORATION, INC., LEHMAN BROTHERS BANK, FSB, CT CORPORATION SYSTEM, INC., R.A., JOHN COPELAND, DONNA MOCH, and ALL UNKNOWN PARTIES CLAIMING INTEREST,**

        **Defendants.**

_____

## ORDER

On June 21, 2010, the Court ordered the Plaintiff to show cause why his claims against Defendant Faslo Solutions, LLC ("Faslo") should not be dismissed as a result of his failure to serve the company within 120 days, as required by Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 46). The Plaintiff has responded (Doc. 47) that he requested that Faslo waive service of process, but that Faslo did not respond. The Plaintiff suggests that Faslo has violated Rule 4 by failing to agree to the waiver. However, while Defendants receive some benefits for agreeing to a waiver, such as extended deadline for responding to the complaint, they are not obligated to go along with a plaintiff's request. Accordingly, it does not appear that Faslo has violated Rule 4.

The Plaintiff states that he has cause to continue pursuing this matter against Faslo, and wants to diligently effectuate service. (Doc. 47 at 2). The Court will allow one final opportunity to accomplish service of process on this defendant. Accordingly, it is hereby

**ORDERED** that the deadline for accomplishing service of process on Defendant Faslo Solutions, LLC is hereby extended to August 23, 2010. Failure to accomplish service by this date may result in dismissal of the claims against this Defendant without further notice. And it is further

**ORDERED** that the Order to Show Cause (Doc. 46) is **DISCHARGED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 22, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party