**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRUCE GRANT BONAVENTURE,**

        **Plaintiff,**

**-vs-**                                         **Case No. 6:09-cv-1324-Orl-31DAB**

**FASLO SOLUTIONS, LLC,**

        **Defendant.**

_____

# ORDER

This matter comes before the Court on its own initiative. On March 9, 2010, the Court entered an order (Doc. 35) dismissing Counts I, III, and IV of the four-count Amended Complaint (Doc. 23). After that dismissal, Faslo Solutions, LLC ("Faslo") was the only remaining defendant.

On June 21, 2010, the Court ordered (Doc. 46) the Plaintiff to show cause why Faslo should not be dismissed for failure to obtain service of process upon Faslo pursuant to Local Rule 3.10 and Rule 4(m) of the Federal Rules of Civil Procedure. Upon consideration of the Plaintiff's response (Doc. 47) to that order, the Court gave the Plaintiff one final opportunity to perfect service on Faslo and begin to move forward on the claims against that defendant. The deadline for

the Plaintiff to do so was August 23, 2010.  Upon review of the docket, the Court finds that the Plaintiff has failed to comply with the order.  It is therefore

**ORDERED** that this case is **DISMISSED** for failure to prosecute. The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 10, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party